# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Peoples National bank of Mora, a Minnesota
banking corporation,

        Plaintiff,                Civil No. 08-408 (RHK/RLE)

vs.

**ORDER**

BWHC, LLC, a Minnesota limited liability
company, et al.,

        Defendants.

---

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 19, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge