**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Peoples National Bank of Mora, a
Minnesota banking corporation,

       Plaintiff,                           Civil No. 08-408 (RHK/RLE)

vs.                                   **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

BWHC, LLC, a Minnesota limited
liability company, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 12, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge